NACOLE JIPPING
Chapter 13 Standing Trustee
101 E 9th Ave, #5A
Anchorage, AK 99501
Telephone (907) 276-6660

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re ) | |
| ) | |
| WILLIAM J. KITTS and ) | Case No. A 17-00083 GS |
| SUSAN J. KITTS, ) | |
| ) | Chapter 13 |
| ) | |
| Debtor(s), ) | |

### OBJECTION TO CLAIM AND NOTICE OF HEARING THEREON

Nacole Jipping, Chapter 13 Trustee, objects to claims of creditors of the above referenced case as set forth in the following table:

| No. | Creditor/Amount | Object | Basis for Objection | Disallow/Allow |
|---|---|---|---|---|
| 6 | CitiMortgage, Inc. $29,834.24 Secured | Yes | The debtors' Chapter 13 Plan provides that the collateral be surrendered. Creditor must provide information to support the deficiency, to be allowed as an unsecured claim. | Disallow in full |

You received this Objection To Claim because the Trustee objects to the Proof of Claim filed by you in this case for the reason(s) described above.

A hearing has been set on the Trustee's Objection To Claim for **WEDNESDAY, OCTOBER 18, 2017, at the hour of 10:45 A.M.,** in the Historic Courtroom, Old Federal Building, 605 West Fourth Avenue, Anchorage, Alaska. If you can not attend the hearing in person, you may call the U.S. Bankruptcy Court In-Court Deputy at (907) 271-2640, at least 3 days in advance of the hearing to request telephonic participation.

IF YOU DO NOT AGREE WITH THE TRUSTEE'S OBJECTION TO YOUR CLAIM, you must file a response, in writing, at least 5 days before the above hearing date, with the Office of the Clerk of the Bankruptcy Court, 605 West Fourth Avenue, Ste. 138, Anchorage, Alaska 99501-2926.

SHOULD YOU FAIL TO RESPOND, OR, HAVING RESPONDED, FAIL TO ATTEND THE HEARING, THE COURT MAY ENTER AN ORDER AS REQUESTED BY THE TRUSTEE WITHOUT FURTHER NOTICE TO YOU.

DATED this  21st  day of August 2017.

By:  /S/NACOLE JIPPING
Nacole Jipping
Chapter 13 Standing Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this
21st day of August 2017, a true and correct copy of the
Trustee's Objection to Claim was served on:

-U.S. Trustee
-H. Frank Cahill

-CitiMortgage, Inc.
 P.O. Box 6030
 Sioux Falls, SD 57117-6030

by first class mail, if an address is indicated above, or by electronic
means through the ECF system as indicated on the Notice of Electronic Filing.

By:   /S/ERIN M. MELLOTT
         Erin M. Mellott